UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B. NICHOLAS VELARDE,

    Plaintiff,

v.

JOSEPH BIDEN,

    Defendant.

Case No. 22-11680
Honorable David M. Lawson
Magistrate Judge Elizabeth A. Stafford

**REPORT AND RECOMMENDATION TO DENY THE GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE
(ECF NO. 65)**

Plaintiff B. Nicholas Velarde, proceeding pro se, sues United States President Joseph Biden. ECF No. 1. The Honorable David M. Lawson referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 4. The Court has recommended that Velarde's complaint be dismissed sua sponte for lack of subject matter jurisdiction without prejudice. ECF No. 36. While agreeing that subject matter jurisdiction is lacking, the President moves to dismiss the complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6). ECF No. 65, PageID.4872.

But when a court lacks subject matter jurisdiction, it has no power to render a judgment on the merits, so the complaint must be dismissed without prejudice. *See Simpson-Vlach v. Michigan Dep't of Educ.*, ___ F. Supp. 3d ___, 2022 WL 2910184, at *18 (E.D. Mich. July 22, 2022). A "Rule 12(b)(6) challenge becomes moot if this court lacks subject matter jurisdiction." *Moir v. Greater Cleveland Reg'l Transit Auth.*, 895 F.2d 266, 269 (6th Cir. 1990).

The Court therefore recommends that the President's motion to dismiss Velarde's lawsuit with prejudice be **DENIED**.

Dated: January 9, 2023

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are

preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 9, 2023.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager
